BEFORE THE THIRD DIVISION, JANUARY 2, 1964

**No. 68205.**—M. E. Importing Co. and Castalezo & Associates et al. *v.* United States, protests 59/3661, etc. (Los Angeles).

Opinion by Donlon, J. In ·accordance with stipulation of counsel that the merchandise consists of after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

**No. 68206.**—Japan Food Corp. and Frank P. Dow Co., Inc., of L.A. *v.* United States, protest 60/31031 (Los Angeles).

Opinion by Donlon, J. In ·accordance with stipulation of counsel that ·the merchandise consists of edible unshelled gingo nuts, which are not pickled or otherwise prepared or preserved, the claim of the plaintiffs was sustained.

DECEMBER 31, 1963

**No. 68207.**—Beer Stern Import Corp. *v.* United States, protest 60/6370. Protest abandoned December 4, 1963. (Not published.) (Initial No. 60/61.) Plaintiff's application for rehearing granted.

JANUARY 2, 1964

**No. 68208.**—Stanton Blanket Company *v.* United States, protest 58/11817. Protest dismissed November 14, 1963. (Not published.) Plaintiff's application for rehearing denied.

JANUARY 3, 1964

**No. 68209.**—APPEAL 5152.—United States *v.* Marset, Inc., and W. J. Byrnes & Co. of N.Y., Inc.— Appeal dismissed on October 18, 1963.